IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SHAWN TINDOL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIRDSONG CORPORATION, a foreign )<br>corporation, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br>NO. 13-CV-00180-WLS |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Birdsong Corporation, Defendant in the above-captioned matter and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 87, file the *Corporate Disclosure Statement* by showing that Defendant Birdsong Corporation does not have a parent corporation nor any publicly held corporation owning 10% or more of its stock.  It does have subsidiaries including Texas Central Railroad, Birdco Energy Inc., Lee Peanut Farms LLC, Malone Peanut LLC, Bronte, LLC, F & B Storage Company, LLC, Gaines County Enterprises, LLC, and Bio Plus, LLC.

*[signature line on following page]*

1

BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC

*/s/ Jennifer G. Cooper*
JENNIFER G. COOPER
Georgia Bar No. 305255
MICHAEL W. HORST
Georgia Bar No. 367837

Attorneys for Defendant Birdsong Corporation

Monarch Plaza, Suite 1600
3414 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501

## CERTIFICATE OF SERVICE

I do hereby certify that on December 3, 2013 I served a copy of the CORPORATE DISCLOSURE STATEMENT by electronically filing the foregoing with the Clerk by using the CM/ECF system, and that service to the following individuals will be accomplished by the CM/ECF system:

Alexander R. Nemajovsky, Esq.
Phillips & Nemajovsky, P.C.
P.O. Box 70728
Albany, GA 31708

        BAKER, DONELSON, BEARMAN
        CALDWELL & BERKOWITZ, PC

        */s/ Jennifer G. Cooper*
        JENNIFER G. COOPER
        Georgia Bar No. 305255